## UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

IN RE: Howard S. Hatch,　　　　　　　　　　Chapter 7
　　　　　　　　　　　　　　　　　　　　　　Case No. 96-40521 HJB

　　　Debtor

### CREDITOR'S RESPONSE
### TO TRUSTEE'S OBJECTION TO CLAIM

The Creditor, Susan Sutherland, through her counsel responds to the Trustee's Objection to Claim, to wit:

Creditor's claim is predicated upon a three count complaint filed in the Worcester County Superior Court. The creditor claims:

1.　　$25,000.00 funds for deposit on real etate purchased by the Debtor.

2.　　$20,000.00 funds paid toward mortgage to Debtor.

3.　　$15,000.00 loss for personal property damaged or converted by Debtor.

4.　　The total claimed is $60,000.00.

Creditor releases any claim predicated upon the count alleging assault and battery.

None of the amounts claimed is secured, as the property to which the debt had been attached has been foreclosed.

Pursuant to claim number 20 and the Trustee's Objection to that claim, it should be allowed in the amount of $60,000.00.

Creditor is willing to allow the claimed amount herein as superceding prior claims and agrees to treatment as such.

The creditor, Susan Sutherland, by her counsel.
October 24, 2001

　　　　　　　　　　　　　　　　　　　　　　John-Paul LaPre'
　　　　　　　　　　　　　　　　　　　　　　BBO 286700
　　　　　　　　　　　　　　　　　　　　　　111 Lakeside Ave.
　　　　　　　　　　　　　　　　　　　　　　Marlboro, MA  01752
　　　　　　　　　　　　　　　　　　　　　　(508) 481-5505

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### WORCESTER DIVISION

IN RE: HOWARD S. HATCH

Debtor

Chapter 7
Case No. 96-40521 HJB

### CERTIFICATE OF SERVICE

I, John-Paul LaPre', attorney for the creditor Susan Sutherland, do hereby certify that copies of the Creditor's Response to Trustee's Objection to Claims were mailed this date, by first-class mail, postage prepaid to:

Matthew D. Rockman, Trustee
340 Main Street
Worcester, MA 01608

United States Trustee
600 Main Street
Suite 200
Worcester, MA 01608

David Packard
c/o Ward W. Weizel
530 Boston Post Road
Marlboro, MA 01752

Internal Revenue Service
Special Procedures Unit
JFK Building
P.O. Box 9112
Boston, MA 02203

Mass. Dept. of Revenue
Bankruptcy Unit
P.O. Box 9688
Boston, MA 02114

U.S. Attorney General
Department of Justice
950 Pennsylvania Ave.
Washington, DC 20530-0001

October 29, 2001

United States Attorney
1107 John W. McCormack
Post Office Court House
Boston, MA 02109

Massachusetts Department of Revenue
Attn: Special Litigation Bureau
141 Portland Street, 9th Floor
Cambridge, MA 02139

Citicorp Mortgage
P.O. Box 790022
St. Louis, MO 63179

Commonwealth of Massachusetts
Dept. of Industrial Accidents
600 Washington Street
Boston, MA 02111

John-Paul LaPre'
BBO #286700
111 Lakeside Ave.
Marlboro, MA 01752
(508) 481-5505